Cortrell L. LOWE, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2009–5042.

United States Court of Appeals,
Federal Circuit.

May 22, 2009.

Cortrell L. Lowe, Garfield Heights, OH, pro se.

Lauren S. Moore, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Rashid EL MALIK, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2009–7028.

United States Court of Appeals,
Federal Circuit.

May 22, 2009.

Rashid El Malik, Palos Verde's Estate, CA, pro se.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.